AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-785F

Jose L. Nina, a/k/a Jose Bernard

v.

Charles Mule, Facility Director, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice to it being re-filed in the Second Circuit Court of Appeals.  Further, leave to appeal as a poor person is denied.


Date: November 18, 2005                                          RODNEY C. EARLY,
                                                                 CLERK


                                                        By:   s/Deborah M. Zeeb
                                                                 Deputy Clerk